# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Riley, William J. | Eighth Circuit Court of Appeals | 10/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

Roman Hruska U.S. Courthouse
111 South 18th Plaza, #4303
Omaha, NE 68102-1322

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member & Manager | Riley Quest, L.L.C. |
| 2. | Adjunct Professor | University of Nebraska, College of Law |
| 3. | Delegate to House of Delegates | Nebraska State Bar Association since 1998 |
| 4. | Treasurer, Nebraska Chapter | American Board of Trial Advocates |
| 5. | Counselor/Judicial Member | Robert M. Spire Inns of Court |
| 6. | Trustee, Board of Trustees | MidAmerica Council, Boy Scouts of America |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/20/12 | University of Nebraska-Lincoln, College of Law, Adjunct Faculty, Spring 2013 |
| 2. 04/01/75 | Profit Sharing and 401(k) Retirement Plan, Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O., former law firm, no control after termination 8/15/2001 |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spring2012 | University of Nebraska, College of Law | $7,700.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Minnesota CLE | 03/12/12 | Minneapolis, MN | Speak at Appellate Practice Institute | Airfare, taxi & airport parking |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 10/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Reduced Membership | American Board of Trial Advocates | $450.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank of Omaha Accounts | A | Interest | K | T | | | | | |
| 2. Mass Mutual Life Insurance - Cash Values | | None | L | T | | | | | |
| 3. Riley Quest, L.L.C. | A | Dividend | O | W | | | | | |
| 4. Marasico Growth Fund | A | Dividend | J | T | | | | | |
| 5. IRA #1 | A | Dividend | M | T | | | | | |
| 6. -Janus Growth & Income | | | | | | | | | |
| 7. -Weitz Value Fund | | | | | | | | | |
| 8. -Marsico Focus Fund | | | | | | | | | |
| 9. IRA - #2 | A | Dividend | L | T | | | | | |
| 10. -American Century Income & Growth Fund | | | | | | | | | |
| 11. -Marsico Growth & Income Fund | | | | | | | | | |
| 12. -American Century Equity Income | | | | | | | | | |
| 13. IRA - #3 | A | Dividend | | | Merged (with line 5) | | J | | See Section VIII |
| 14. -Janus Fund | A | Dividend | | | Merged (with line 5) | | J | | See Section VIII |
| 15. -Janus Twenty Fund | A | Dividend | | | Merged (with line 5) | | J | | See Section VIII |
| 16. RBC Dain Rauscher 403(b) Account | A | Div. & Int. | K | T | | | | | |
| 17. -Evergreen Gro. - A Fund | | | | | Sold | | J | A | See Section VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Adv. Grow & Inc.-T | | | | | Sold | | J | | See Section VIII |
| 19. -Fidelity Adv. Divers Intl.-T | | | | | Sold | | J | | See Section VIII |
| 20. -Fidelity Adv. MidCap II CL-T | | | | | Sold | | J | A | See Section VIII |
| 21. -Fidelity Adv. Val Leaders-T | | | | | Sold | | J | | See Section VIII |
| 22. -Fidelity Adv. LVGD Co. S&K CL-T | | | | | Sold | | J | A | See Section VIII |
| 23. RBC Bank Deposit Program | A | Interest | J | T | Buy | | J | | See Section VIII |
| 24. -Davis New York Venture Fund | A | Dividend | J | T | Buy | | J | | See Section VIII |
| 25. -Eagle Ser | | | J | T | Buy | | J | | See Section VIII |
| 26. -Growth Fund Amer Inc | | | J | T | Buy | | J | | See Section VIII |
| 27. -Pioneer Ser TR I | A | Dividend | J | T | Buy | | J | | See Section VIII |
| 28. -Thornburg Invt Tr | A | Dividend | J | T | Buy | | J | | See Section VIII |
| 29. -Wells Fargo Advantage FDS | | | J | T | Buy | | K | | See Section VIII |
| 30. First National Bank of Omaha - Profit Sharing & 401(k) FSB&B | A | Div. & Int. | O | T | | | | | |
| 31. -Goldman Sachs -U.S. Government Money Market Fund | | | | | Distributed (part) | 12/31/12 | N | A | |
| 32. -Berkshire Hathaway, Inc. Class A Common | | | | | | | | | |
| 33. -Marsico Focus Fund | | | | | Sold | 12/03/12 | L | E | |
| 34. -Marsico Growth Fund | | | | | Sold | 12/03/12 | L | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 10/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Oakmark Equity & Income I Fund | | | | | Sold | 12/03/12 | K | D | |
| 36. -T Rowe Price Equity Income Fund | | | | | Sold | 12/03/12 | L | E | |
| 37. RBC Account X | D | Int./Div. | M | T | | | | | |
| 38. -RBC Account | | | J | T | Sold (part) | 09/06/12 | M | A | |
| 39. -Davis New York Venture Fund | A | Dividend | K | T | Sold (part) | 01/24/12 | J | A | |
| 40. -Davis New York Venture Fund | | | | | Sold (part) | 08/27/12 | J | A | |
| 41. -Templeton Foreign FD CL A | A | Dividend | K | T | Sold (part) | 08/17/12 | J | A | |
| 42. -Templeton Foreign FD CL A | | | K | T | Sold (part) | 11/19/12 | J | A | |
| 43. -Omaha Pub Pwr Dist Neb Elec | | | | | Sold | 08/27/12 | L | C | |
| 44. -Thornburg Int'l Value X | | | K | T | Sold (part) | 08/27/12 | J | A | |
| 45. -Sarpy County Nebraska Recovery Zone X | B | Interest | K | T | | | | | |
| 46. -Omaha Pulic Power District Nebraska X | B | Interest | L | T | | | | | |
| 47. -Prime Money Market X-RBC | A | Interest | J | | | | | | |
| 48. -Ashton Funds Montag & Caldwell Growth X | A | Dividend | J | | | | | | |
| 49. Davis New York Venture Fund | A | Dividend | J | T | | | | | |
| 50. Thornburg Intl Value Fund | A | Dividend | J | T | | | | | |
| 51. Templeton Foreign FD CL A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 10/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Public Power Generation Agency Nebraska X | C | Interest | L | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Riley, William J. | 10/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

IRA #3 on lines 13, 14 & 15 was merged with IRA #1 on line 5 sometime before 2012, and I do not know when with any accuracy.

Lines 17 to 22 previously overlooked -- sold approximately 05/10/11.

Lines 23 to 28 previously overlooked -- bought approximately 05/10/11 or 05/24/11.

Line 29 previously overlooked -- bought approximately 11/21/11.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William J. Riley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544